IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

SOUTHERN DIVISION

7:25-CR-00081-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | **Dockett Entry** 101 |
| | ) | |
| LLOOSMAN ZABALA | ) | |
| | ) | |

On the motion of the Defendant, Lloosman Zabala and for good cause shown, it is ORDERED that

Docket Entry 101 in this matter be sealed until further notice of this Court. The grounds for this Order are

found at Docket Entry 101.

Accordingly, it is ORDERED that these documents be filed under seal and to remain so sealed until

otherwise ordered by this Court.

SO ORDERED, this the __12__ day of May 2026.

James C. Dever III
United States District Court Judge